ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUN 20 PM 3: 16

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| D.A.P., by next friend, Charlotte Perry, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-030 |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 20th day of June, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE